DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KARL KOWLESSAR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1658

[February 11, 2021]

Appeal of order denying the 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. 06-17008CF10A.

Karl Kowlessar, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***